SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CHRISTOPHER KELLER  Bar No. 178491
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
  rebecca.hull@sdma.com
  christopher.keller@sdma.com

Attorneys for Defendants
Kaiser Permanente Group Long Term Disability
Plan; Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLANA OLIPHANT,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE GROUP LONG TERM DISABILITY PLAN; KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendants. | CASE NO. C07-04801 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: December 18. 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                By: /s/ Christopher J. Keller
                                    Rebecca A. Hull
                                    Christopher Keller
                                    Attorneys for Defendants
                                    Kaiser Permanente Group Long Term Disability Plan;
                                    Kaiser Foundation Health Plan, Inc.