**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                  415.522.2000

**December 20, 2007**

CASE NUMBER:  CV 07-04801 JL
CASE TITLE:  ALLANA OLIPHANT-v-KAISER PERMANENTE GROUP LONG
TERM DISABILITY PLAN

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 12/20/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                       Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 12/20/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA