IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLANA OLIPHANT,                  No. C 07-04801SI

    Plaintiff,                       **NOTICE**

  v.

KAISER PERMANENTE GROUP LONG TERM DISABILITY PLAN,

    Defendant.
                                     /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 1, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: December 27, 2007                                RICHARD W. WIEKING, Clerk

                                                           Tracy Sutton
                                                           Deputy Clerk