**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: <u>2/1/08</u>

Case No.   <u>C-07-4801 SI</u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>ALLANA OLIPHANT</u> -v- <u>KAISER</u>

Attorneys: J. Baum          C. Keller

Deputy Clerk: <u>Tracy Sutton</u>  Court Reporter: <u>n/a</u>

**PROCEEDINGS**

1)   <u>Initial Case Management Conference - HELD</u>

2)   <u>                                                                                     </u>

3)   <u>                                                                                     </u>

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to **5/16/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to the Court's Mediation Program.  The mediation session shall be completed before 5/1/08.

Cc: ADR.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/1/08

Case No.   C-07-4801 SI          Judge:   SUSAN ILLSTON

Title: ALLANA OLIPHANT -v- KAISER

Attorneys: J. Baum          C. Keller

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **5/16/08 @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.   for Pretrial Conference

Case continued to    @ 8:30 a.m.   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to the Court's Mediation Program.  The mediation session shall be completed before 5/1/08.

Cc: ADR.