# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Oliphant,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Kaiser Permanente Group Long Term Disability Plan,<br><br>             Defendant(s). | 07-04801 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>  **C. Mark Humbert**
> Green & Humbert
> 220 Montgomery Street, Ste. 438
> San Francisco, CA 94104
> 415-837-5433

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
07-04801 SI MED                                 - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: February 12, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04801 SI MED                            - 2 -