1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

Oliphant,

        Plaintiff(s),

  v.

Kaiser Permanente Group Long Term Disability Plan,

        Defendant(s).

No. C 07-04801 SI MED

**Certification of ADR Session**

*Instructions*: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _May 2 2008_

2. Did the case settle? ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?  ☒ YES  ☐ NO

Dated: _5/4/08_

_____
Mediator, C. Mark Humbert
Green & Humbert
220 Montgomery Street, Ste. 438
San Francisco, CA 94104

**Certification of ADR Session**
07-04801 SI MED