JULIAN M. BAUM (CA State Bar No. 130892)
THOMAS J. FUCHS (CA State Bar No. 148466)
BAUM & WEEMS
9 Tenaya Lane
Novato, California 94947
Telephone:    (415) 892-3152
Facsimile:    (415) 892-3096

Attorneys for Plaintiff Allana Oliphant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLANA OLIPHANT,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE GROUP LONG TERM DISABILITY PLAN; KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendants. | CASE NO. C07-04801 SI<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    MAY 16, 2008<br>Time:   2:00 P.M.<br>Courtroom:<br>Hon. Susan Illston<br>United States District Judge |

    Plaintiff Allana Oliphant ("Oliphant") respectfully submits this Case Management Conference Statement in advance of the Case Management Conference scheduled for May 16, 2008

    The parties reached an oral settlement agreement on Saturday, May 3, 2008, with the

assistance of the court-appointed Mediator, C. Mark Humbert.  Defendants have undertaken to draft a written settlement agreement, and Counsel for defendants has represented that she will endeavor to provide a draft of that agreement by Friday, May 16, 2008, the date of the scheduled Case Management Conference.

Respectfully submitted,

Dated:  May 13, 2008                                                BAUM & WEEMS

By: /s/ Julian M. Baum
Julian Baum

Attorneys for Plaintiff Allana Oliphant