1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
        rebecca.hull@sdma.com
5
   Attorneys for Defendants
6  Kaiser Permanente Group Long Term Disability
   Plan; Kaiser Foundation Health Plan, Inc.
7
   JULIAN M. BAUM  (CA State Bar No. 130892)
8  THOMAS J. FUCHS (CA State Bar No. 148466)
   BAUM & WEEMS
9  9 Tenaya Lane
   Novato, California 94947
10 Telephone:    (415) 892-3152
   Facsimile:    (415) 892-3096
11 e-mail:       jbaum@baumweems.com

12 Attorneys for Plaintiff Allana Oliphant

13

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17

18 | ALLANA OLIPHANT,                         | CASE NO. C07-04801 SI
19 |        Plaintiff,                        | JOINT CASE MANAGEMENT
   |                                          | CONFERENCE STATEMENT
20 |   v.                                     |
   |                                          | Date:  May 16, 2008
21 | KAISER PERMANENTE GROUP LONG             | Time:  2:30 P.M.
   | TERM DISABILITY PLAN; KAISER             | Courtroom:
22 | FOUNDATION HEALTH PLAN, INC.,            | Hon. Susan Illston
   |                                          | United States District Judge
23 |        Defendants.                       |

24

25
        The parties respectfully submit this Case Management Conference Statement in advance
26
   of the Case Management Conference scheduled for May 16, 2008.
27

28

SF/1510256v1                            -1-                         CASE NO. C07-04801 SI
                          Joint Case Management Conference Statement

1
2    The parties reached an oral settlement agreement on Saturday, May 3, 2008, with the
3    assistance of court-appointed Mediator, C. Mark Humbert. Defendants have undertaken to draft
4    a written settlement agreement, and Counsel for defendants has represented that she will endeavor
5    to provide a draft of that agreement by Friday, May 16, 2008, the date of the scheduled Case
6    Management Conference.

7    Respectfully submitted,

8
Dated: May 14, 2008    BAUM & WEEMS
9
10    By: _____
Julian Baum
11    Attorneys for Plaintiff Allana Oliphant

12
Dated: May 14, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP
13
14    By: ____/s/ Rebecca A. Hull____
Rebecca A. Hull
15    Attorneys for Defendants