UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-07-4801 SI           Judge:   SUSAN ILLSTON

Title: ALLANA OLIPHANT -v- KAISER

Attorneys: J. Baum           R. Hull

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to

Case continued to   **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   **@ 3:30 p.m.**   for Pretrial Conference

Case continued to   **@ 8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case has settled.  The Court will issue a 30 day conditional dismissal order.